

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00513-CR

Edward Houston,
Appellant

v.

The State of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7827
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The reporter's record was due to be filed on September 28, 2015. *See* TEX. R. APP. P. 35.2(b). On October 6, 2015, this court advised court reporter Lisa Ramos that the reporter's record was overdue and ordered her to file a notification of late record by October 16, 2015, or the reporter's record would be due on November 5, 2015. On October 9, 2015, the court reporter filed a notice of late record and requested an extension of time to file the reporter's record until November 15, 2015.

The reporter's request is GRANTED IN PART. Court reporter Lisa Ramos is ORDERED to file the record with this court by November 9, 2015. *See id.* R. 35.3(c) (limiting any extension in an ordinary appeal to thirty days).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.

Keith E. Hottle
Clerk of Court